

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2022

No. 04-22-00428-CR

Brent Eugene **BAILEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR7724
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

On June 8, 2022, appellant Brent Eugene Bailey was convicted of the offense of online solicitation of a minor and sentenced pursuant to a plea agreement. *See* TEX. PENAL CODE ANN. § 33.021(c). On July 17, 2022, appellant filed a notice of appeal. The trial court's certification in this appeal states that this criminal case, "is a plea-bargain case, and the defendant has NO right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that this appeal will be dismissed pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed within thirty days from the date of this order, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court